IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-01595-LTB-KLM

MERRILEE MCENDRE and
JACK MCENDRE,

       Plaintiffs,

v.

DEX MEDIA and
CVS CAREMARK,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 9 - filed June 13, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                         s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED:   June 16, 2014